**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHARLES HELT,**

         **Plaintiff,**

-vs-                                         **Case No.  6:07-cv-1290-Orl-22DAB**

**THE CARPET COMPANY 3 and LARRY**
**W. HALL, JR.,**

         **Defendants.**

_____

## ORDER

This cause is before the Court on the Joint Motion to Approve Settlement and Dismissal (Doc. No. 23) filed on January 30, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed March 3, 2008 (Doc. No. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Joint Motion to Approve Settlement and Dismissal (Doc. No. 23) is **GRANTED**.

3.      The Settlement Agreement is hereby **APPROVED**.

    4.    This case is **DISMISSED WITH PREJUDICE**.

    5.    The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 18, 2008.

Copies furnished to:

Counsel of Record

_____
ANNE C. CONWAY
United States District Judge